Peter Singh, Esq. (#183686)
PETER SINGH & ASSOICATES
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: SARAI DURAN-GAMINO, Defendant

FILED
MAY 23 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SARAI DURAN-GAMINO, <br><br> Defendant | Criminal Case No.: 13-CR-00843-GT <br><br> [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING <br><br> Date: 06/17/2013 <br> Time: 9:30 a.m. <br><br> Honorable Gordon Thompson, Jr. Presiding |

**IT IS SO ORDERED,** the sentencing calendared for June 17, 2013 at 9:30 a.m. now be continued to **July 12, 2013 at 9:30 a.m.** and time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

Dated:

5-23-13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

_/s/ Gordon Thompson Jr._

Hon. Gordon Thompson, Jr.

District Court Judge

[PROPOSED] ORDER TO CONTINUE

1